UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN WAYNE WLECZYK

CIVIL ACTION

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

NO.: 13-121-BAJ-SCR

## RULING AND ORDER

On February 11, 2015, United States Magistrate Judge Stephen C. Riedlinger issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court reverse the Commissioner of the Social Security Administration's decision denying Plaintiff John Wayne Wleczyk's ("Wleczyk") application for disability insurance benefits, and remanding Wleczyk's appeal to the Commissioner for reevaluation. **(Doc. 14.)**

The Magistrate Judge's Report and Recommendation specifically notified all parties that, pursuant to 28 U.S.C. § 636(b)(1), the parties had fourteen (14) days from the date they were served with the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. **(Doc. 14** at p. 1.) A review of the record indicates that neither of the parties submitted written objections.

Having carefully considered the Magistrate Judge's Report and Recommendation, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner of the Social Security Administration's decision denying Plaintiff John Wayne Wleczyk's application for disability insurance benefits is **REVERSED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Commissioner of the Social Security Administration for reevaluation.

Baton Rouge, Louisiana, this _18th_ day of March, 2015.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**